October 28, 2011

Mr. Anthony R. Freeman
#297125 McConnell Unit
3001 South Emily Drive
Beeville, TX 78102
Mr. Harold Joseph Liller
Law Enforcement Div.
Attorney General's Office
P.O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 11-0846
 Court of Appeals Number: 12-10-00236-CV
 Trial Court Number: 41,161

Style: ANTHONY R. FREEMAN
 v.
 JOHN S. FRESHOUR AND CAROLYN RANDLE

Dear Counsel:

 Today the Supreme Court of Texas abated the petition for review and
issued the enclosed abatement order in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Cathy S. |
| |Lusk |
| |Ms. Janice |
| |Staples |